Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LOFTUS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DIRECT FUNDING NOW LLC; and DOES 1-10, inclusive, <br><br> Defendant. | 2:23−cv−05057−JAK−AFM <br><br> **NOTICE OF SETTLEMENT** <br><br> **Hon. Judge John A. Kronstadt** |

**PLEASE TAKE NOTICE** that Plaintiff William Loftus ("Plaintiff") and Defendant Direct Funding Now LLC ("Defendant") have reached an agreement to settle Plaintiff's claims asserted in this action. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: October 20, 2023            LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                                                By:   /s/ Todd M. Friedman
                                                         Todd M. Friedman
                                                         Law Offices of Todd M. Friedman, P.C.
                                                         Attorney for Plaintiff

## CERTIFICATE OF SERVICE

Filed electronically on October 20, 2023, with:

United States District Court CM/ECF system

Notification sent electronically on October 20, 2023, to:

To the Honorable Court, all parties and their Counsel of Record


<u>/s/ Todd M. Friedman</u>
Todd M. Friedman